I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10·23·13

DEPUTY CLERK

JS-6  Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO DELGADO-GARIBAY,<br><br>             Petitioner,<br><br>    vs.<br><br>RICHARD B. IVES,<br><br>             Respondent. | Case No. CV 13-7587-RGK (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice to petitioner filing a civil rights complaint in accordance with the provisions of the PLRA.

DATED: 10·21·2013

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE